IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02236-BNB

ABDUR ALI, #14170,

    Plaintiff,

v.

DRILL INSTRUCTOR EGLINGTON,
DRILL INSTRUCTOR ALLUISI,
SGT. BEHR,
CAPTAIN FISHER,
SGT. SHIELDS,
LT. BERNHARDT,
DRILL INSTRUCTOR SODAMANN, and
MAJOR MIKE PERRY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motions for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [**Doc. Nos. 1, 10 and 11**] are DENIED as moot. Plaintiff paid the $350.00 filing fee in full on October 12, 2010.

    Plaintiff's Motion for the Appointment of Counsel [**Doc. No. 5**] is DENIED as premature.

    Plaintiff's Motion for Leave to File Amended Complaint Combined with Request for Enlargement of Time [**Doc. No. 8**] is DENIED as moot. Plaintiff filed his Amended Complaint on October 12, 2010.

Dated: October 13, 2010