**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02236-LTB-KMT

ABDUR ALI, #14170,

      Plaintiff,

v.

DRILL INSTRUCTOR EGLINGTON,
DRILL INSTRUCTOR ALLUISI,
DRILL INSTRUCTOR SODAMANN,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on July 29, 2011 (Doc 31). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion to Dismiss (Doc 27) is GRANTED and this matter is DISMISSED WITH PREJUDICE.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   August 31, 2011